| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gross, Kevin | 2. Court or Organization U.S. Bankruptcy Court, DE | 3. Date of Report 07/20/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2014 to 12/31/2014 |
| 7. Chambers or Office Address 824 N. Market St, 6th Floor Wilmington, DE 19801 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 07/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Institute of Credit | 1/30/14 | New York, NY | NYIC/AIRA | train/cab |
| 2. | American Bankruptcy Institute | 4/25/14 | Washington, DC | ABI Spring Conference | train/cab |
| 3. | American Bankruptcy Institute | 7/31/14 | Cambridge, MD | ABI Mid Atlantic Conference | mileage |
| 4. | American Bankruptcy Institute | 10/24/14 | Washington, DC | ABI Views from the Bench | train/parking |
| 5. | INSOL International | 11/16 - 11/17/14 | Toronto, ON | INSOL International Mediation Conference | flight/lodging/parking |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State of Israel 7th Dev Reg Savings Amended Bond 46513ENN8 | A | Interest | J | T | | | | | |
| 2. State of Israel 8th Infr & Absp Issue Bond 4651387L3 | | None | | | Redeemed | 01/01/14 | J | | |
| 3. State of Israel 8th Infr & Absp Issue Bond 46513ELEO | A | Interest | J | T | | | | | |
| 4. State of Israel 5th SABRA SAV 3Y 46513A2C3 | A | Interest | J | T | Buy | 01/01/14 | J | | |
| 5. Newberger Berman Brokerage Account #1 | | | | | | | | | |
| 6. -Dreyfus Treas Prime Cash Mgmt Inv Shs money market fund | | None | J | T | | | | | |
| 7. -Schlumberger Ltd common stock | A | Dividend | | | Sold | 01/02/14 | J | B | |
| 8. -Neuberger Berman Genesis FD Institutional Class mutual fund | A | Dividend | K | T | Buy (add'l) | 03/10/14 | J | | |
| 9. | B | Distribution | | | | | | | |
| 10. -EMC Corp - Mass common stock | | None | | | Sold | 01/02/14 | J | B | |
| 11. -Google Inc Cl A common stock | | None | | | Sold | 01/02/14 | J | C | |
| 12. -Cenovus Energy Inc common stock | A | Dividend | | | Sold (part) | 01/02/14 | J | A | |
| 13. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 14. | | | | | Sold | 12/12/14 | J | | |
| 15. -Sanofi Aventis Spon ADR common stock | | None | | | Sold | 01/02/14 | J | B | |
| 16. -Valmont Industries Inc common stock | A | Dividend | | | Sold | 01/02/14 | J | B | |
| 17. -Occidental Pete Corp common stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -Honeywell Intl Inc common stock | | None | | | Sold | 01/02/14 | J | B | |
| 19. | -Neuberger Berman Eq FDS GBL Thematic Opp FD Instl mutual fd | A | Dividend | K | T | Buy (add'l) | 03/10/14 | J | | |
| 20. | -Unilever N V New York Shs New ADR | | None | | | Sold | 01/02/14 | J | A | |
| 21. | -Novartis AG American Depository Shrs | | None | | | Sold | 01/02/14 | J | B | |
| 22. | -American International Group Inc New common stock | A | Dividend | J | T | | | | | |
| 23. | -Cisco Systems common stock | A | Dividend | | | Sold | 01/02/14 | J | A | |
| 24. | -General Dynamics Corp common stock | A | Dividend | J | T | Sold (part) | 03/03/14 | J | B | |
| 25. | | | | | | Sold (part) | 07/16/14 | J | B | |
| 26. | -Deere & Co common stock | A | Dividend | | | Sold | 01/02/14 | J | A | |
| 27. | -Koninklijke Philips N V common stock | A | Dividend | J | T | | | | | |
| 28. | -Foot Locker common stock | A | Dividend | J | T | Sold (part) | 10/10/14 | J | A | |
| 29. | -Bed Bath & Beyond common stock | | None | J | T | Buy (add'l) | 07/16/14 | J | | |
| 30. | | | | | | Sold (part) | 08/18/14 | J | | |
| 31. | -Express Scripts Holding Company common stock | | None | J | T | | | | | |
| 32. | -Gap Inc common stock | A | Dividend | J | T | Sold (part) | 01/02/14 | J | A | |
| 33. | | | | | | Buy (add'l) | 03/07/14 | J | | |
| 34. | -Corning Inc comon stock | | None | | | Sold | 01/02/14 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Antero Resources Corp common stock | | None | | | Sold | 12/10/14 | J | | |
| 36. -General Motors Company common stock | | None | | | Sold | 01/02/14 | J | A | |
| 37. -Sandisk Corp common stock | | None | | | Sold | 01/02/14 | J | A | |
| 38. -Eaton Corp PLC common stock | A | Distribution | J | T | Buy | 01/14/14 | J | | |
| 39. -Devon Energy Corporation New common stock | | None | J | T | Buy | 12/10/14 | J | | |
| 40. -Oracle Corporation common stock | | None | J | T | Buy | 10/13/14 | J | | |
| 41. -California Resources Corporation common stock | | None | J | T | Spinoff (from line 17) | 12/04/14 | J | | |
| 42. M&T Bank checking account | A | Interest | K | T | | | | | |
| 43. IRA #1 | | | | | | | | | |
| 44. -Guardian Fund Investor Class mutual fund | A | Interest | K | T | | | | | |
| 45. IRA #2 | | | | | | | | | |
| 46. -Guardian Fund Investor Class mutual fund | A | Interest | K | T | | | | | |
| 47. MetLife-whole life | | None | | | Closed | 07/17/14 | K | | |
| 48. MetLife-whole life | | None | | | Closed | 07/17/14 | K | | |
| 49. MetLife common stock (X) | A | Dividend | J | T | | | | | |
| 50. MetLife common stock (X) | A | Dividend | J | T | | | | | |
| 51. 1/3 interest in Trisis-oil & gas royalty interest & land in | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Scurry, Tyler & Wood Counties, TX | E | Royalty | O | W | | | | | |
| 53. IRA Rollover Acct #1 | | | | | | | | | |
| 54. -Dreyfus Treas Prime Cash Mgmt Inv shs money mkt fd | | None | M | T | | | | | |
| 55. -Neuberger Berman Genesis FD Institutional Class mutual fund | A | Dividend | M | T | | | | | |
| 56. | D | Distribution | | | | | | | |
| 57. -Range Resources Corp common stock | A | Dividend | L | T | | | | | |
| 58. -Google Inc common stock | | None | L | T | | | | | |
| 59. -Unilever N V New York Shs New ADR common stock | | None | | | Sold | 01/14/14 | L | E | |
| 60. -Cenovus Energy Inc common stock | B | Dividend | K | T | | | | | |
| 61. -Sanofi Aventis Spon ADR common stock | B | Dividend | K | T | | | | | |
| 62. -Valmont Industries Inc common stock | A | Dividend | K | T | | | | | |
| 63. -Neuberger Berman Eq FDS GBL Thematic Opp Fd Inst mutual fun | A | Dividend | M | T | | | | | |
| 64. -Honeywell Intl Inc common stock | B | Dividend | L | T | | | | | |
| 65. -Boeing Co common stock | A | Dividend | | | Sold (part) | 01/12/14 | K | E | |
| 66. | | | | | Sold | 09/02/14 | K | D | |
| 67. -Novartis AG American depository shares | B | Dividend | L | T | Buy (add'l) | 03/11/14 | J | | |
| 68. -Roche Holding LTD Spon ADR REPSTG ORD | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Occidental Pete Corp common stock | B | Dividend | L | T | Buy (add'l) | 02/24/14 | J | | |
| 70. -Cisco Systems Inc common stock | B | Dividend | L | T | | | | | |
| 71. -Deere & Co common stock | B | Dividend | | | Sold | 10/08/14 | L | | |
| 72. -American International Group Inc New common stock | A | Dividend | K | T | | | | | |
| 73. -Neuberger & Berman Equity FDS Equity Income FD Instl mutual fund | C | Dividend | M | T | | | | | |
| 74. | C | Distribution | | | | | | | |
| 75. -Bed Bath & Beyond Inc common stock | | None | L | T | | | | | |
| 76. -Norfolk Southern Corp common stock | A | Dividend | K | T | | | | | |
| 77. -General Dynamics Corp common stock | B | Dividend | K | T | Sold (part) | 02/10/14 | L | E | |
| 78. | | | | | Sold (part) | 12/22/14 | K | D | |
| 79. -Koninkluke Philips NV common stock | B | Dividend | K | T | | | | | |
| 80. -C R Bard Inc common stock | A | Dividend | | | Sold | 06/10/14 | K | D | |
| 81. -Exxon Mobil Corp common stock | B | Dividend | K | T | Buy (add'l) | 02/24/14 | K | | |
| 82. -Foot Locker Inc common stock | B | Dividend | K | T | Sold (part) | 10/10/14 | K | E | |
| 83. -Express Scripts Holding Company common stock | | None | L | T | | | | | |
| 84. -Gap Inc common stock | B | Dividend | K | T | | | | | |
| 85. -Corning Inc common stock | A | Dividend | | | Sold | 09/08/14 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Antero Resources Corp common stock | | None | K | T | Buy (add'l) | 02/27/14 | K | | |
| 87. -Lennar Corp Cl A common stock | A | Dividend | K | T | | | | | |
| 88. -General Motors common stock | B | Dividend | | | Buy (add'l) | 02/24/14 | K | | |
| 89. | | | | | Sold | 09/03/14 | L | | |
| 90. -Sandisk Corp common stock | A | Dividend | L | T | | | | | |
| 91. -Eaton Corp PLC common stock | A | Distribution | K | T | Buy | 01/03/14 | K | | |
| 92. -Invesco Ltd common stock | B | Dividend | L | | Buy | 03/12/14 | L | | |
| 93. -Checkpoint Software Technologies LTD common stock | | None | L | T | Buy | 07/24/14 | K | | |
| 94. -E I DuPont De Nemours & Co common stock | A | Dividend | K | T | Buy | 11/10/14 | K | | |
| 95. -Eastman Chemical Co common stock | A | Dividend | K | T | Buy | 05/20/14 | K | | |
| 96. -Franklin Resources Inc common stock | A | Dividend | L | T | Buy | 03/12/14 | L | | |
| 97. -Kimberly Clark Corp common stock | A | Dividend | K | T | Buy | 01/07/14 | K | | |
| 98. -Nordstrom Inc common stock | A | Dividend | K | T | Buy | 11/17/14 | K | | |
| 99. -Nvida Corp common stock | A | Dividend | K | T | Buy | 11/18/14 | K | | |
| 100. | A | Distribution | | | | | | | |
| 101. -Oracle Corp common stock | | None | L | T | Buy | 10/08/14 | L | | |
| 102. -Pioneer Natural Resources Company common stock | | None | K | T | Buy | 12/16/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "X" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Proctor & Gamble Co common stock | | None | K | T | Buy | 12/23/14 | K | | |
| 104. -Halyard Health Inc common stock | | None | | | Spinoff (from line 97) | 11/06/14 | J | | |
| 105. | | | | | Sold | 11/07/14 | J | A | |
| 106. -California Resources Ciro common stock | | None | | | Spinoff (from line 69) | 12/04/14 | J | | |
| 107. | | | | | Sold (part) | 02/24/14 | J | | |
| 108. | | | | | Sold | 12/08/14 | J | | |
| 109. IRA #3-Wells Fargo Bank N.A. | A | Interest | J | T | | | | | |
| 110. IRA #4-Wells Fargo Bank N.A. | A | Interest | J | T | | | | | |
| 111. Morgan Stanley Smith Barney brokerage account #1 | | | | | | | | | |
| 112. -Morgan Stanley Bank NA | A | Interest | | | Closed | 06/16/14 | J | | |
| 113. Trust #1 beneficiary interest | B | Dividend | | | | | | | |
| 114. -American Europacific Growth F1 (X) | | | | | Sold | 06/19/14 | J | A | |
| 115. -American Growth Fund of America (X) | | | | | Sold | 06/19/14 | J | A | |
| 116. -American Funds Invmt Co of America (X) | | | | | Sold | 06/19/14 | K | B | |
| 117. -Arttisan Mid Cap Value Investor (X) | | | | | Sold | 06/19/14 | J | A | |
| 118. -Cohen & Steers Realty Shares (X) | | | | | Sold | 06/19/14 | J | A | |
| 119. -Fidelity Advisor Floating Rate Hi Inc 1 (X) | | | | | Sold | 06/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -JPMorgan Emergingg Mkts Equity Select (X) | | | | | Sold | 06/19/14 | J | A | |
| 121.  -Mainstay Epoch Global Equity Yld I (X) | | | | | Sold | 06/19/14 | J | A | |
| 122.  -Mainstay Large Cap Growth Fund Class I (X) | | | | | Sold | 06/19/14 | J | A | |
| 123.  -Metropolitan West Total Return Class I (X) | | | | | Sold | 06/19/14 | L | B | |
| 124.  -PIMCO Foreign BOnd USD Hedged Inst (X) | | | | | Sold | 06/19/14 | J | A | |
| 125.  -PIMCO Unconstrained BD Instl Class (X) | | | | | Sold | 06/19/14 | J | A | |
| 126.  -T Rowe Price Mid Cap Growth | | | | | Sold | 06/19/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gross, Kevin | 07/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kevin Gross**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544